## CONWAY v. WILLIAMS.

*Consideration — promissory note presumptive evidence of sufficient.*

A note was given in settlement of an account. The account was presented at the trial and marked for identification. *Held*, that the failure by defendant to offer the account in evidence furnished no presumption of a want of consideration for the note. The note, itself, was presumptive evidence of a sufficient consideration.

APPEAL by defendant from a judgment in favor of plaintiff entered upon the report of a referee.

The action was brought in Suffolk county by Thomas Conway against Jonathan G. Horton upon a promissory note under seal. Pending the action defendant died, and Hannah G. Williams, the executrix under his last will, was substituted as defendant.

*Wm. Wickham,* for appellant.

*G. H. Gleason,* for respondent.

TALCOTT, J.

The only point passed upon in the opinion is fully stated in the head-note.

*Judgment affirmed.*